# MEMORANDUM DECISIONS.

BILLMAN v. PARSCHEN. (Circuit Court of Appeals, Sixth Circuit. March 25, 1903.) No. 1,155. Appeal from the District Court of the United States for the Northern District of Ohio. Robert A. Castner, for appellant. Smith & Taft, for appellee. Dismissed.

---

BOISE CITY ARTESIAN HOT & COLD WATER CO., Limited, v. BOISE CITY, IDAHO. (Circuit Court of Appeals, Ninth Circuit. May 25, 1903.) No. 914. Appeal from the Circuit Court of the United States for the District of Idaho. Kingsbury & Kingsbury, for appellant. W. E. Borah and John J. Blake, for appellee. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

PER CURIAM. The appellant filed a bill in equity against the appellee, setting forth as grounds for equitable relief the facts which are involved in the law case of Boise City Artesian Hot & Cold Water Company, Limited, v. Boise City, Idaho (just decided by this court), 123 Fed. 232. The trial court sustained a demurrer to the bill for want of equity. The appeal presents no points not involved in the discussion of the law case, and upon the reasoning of that opinion, and the authorities therein cited, the decree of the Circuit Court is affirmed.

---

CASTOR SOCKET CO. v. STANDARD CASTOR WHEEL CO. (Circuit Court of Appeals, Sixth Circuit. October 17, 1902.) No. 1,018. Appeal from the Circuit Court of the United States for the Western District of Michigan. Taggart, Denison & Wilson, for appellant. Kingsley & Wicks, Willard Parker, and Felix Jellenik, for appellee. Dismissed.